**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANTHONY KEEFNER,
                Plaintiff(s),

vs.

TRANSITION TRANSPORTATION
SERVICES, INC.,
                Defendant(s).

CIVIL ACTION FILE

NO.  1:20-CV-4664-CAP

## DEFAULT  JUDGMENT

The defendant, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Charles A. Pannell, Jr., United States District Judge, by order of 5/7/2021, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED that the plaintiff Anthony Keefner, recover from the defendant Transition Transportation Services, Inc., the amount of $6,166.80 in actual damages, $6,166.80 in liquidated damages, $583.50 in costs, and $12,150.00 in reasonable attorney's fees, for a total judgment amount of $25,067.10.

Dated at Atlanta, Georgia this 10TH day of May, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ T. Frazier
         Deputy Clerk

Prepared, filed, and entered  in
the Clerk's Office
May 10, 2021
James N. Hatten
Clerk of Court

By:  s/ T. Frazier
      Deputy Clerk